**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEVON ANTHONY BENNETT, | ) | NO. CV 11-7423-E |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the "Order Dismissing Petition Without Prejudice," filed concurrently herewith,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 20, 2012.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE